■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACEY HARVEY, Appellant. [610 NYS2d 823] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered July 11, 1991, convicting her of assault in the first degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant stabbed the complainant with a kitchen knife in his apartment and fled. On the record before us we conclude there is no basis to credit the defendant's claim of ineffective assistance of counsel *(see, People v Colon,* 138 AD2d 392, 393; *see also, People v Oquendo,* 112 AD2d 955, 956).

The justification charge was proper and apprised the jury of the correct rules to be applied in evaluating the defense of justification *(see, People v Russell,* 266 NY 147; *cf., People v Wesley,* 76 NY2d 555, 559).

Finally, we find that the denial of youthful offender status was proper *(see, People v Barr,* 168 AD2d 625, 626). Rosenblatt, J. P., Lawrence, Altman and Goldstein, JJ., concur.